IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN A. MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-03981-N (BF) |
| | § | |
| SOUTH TOWER MEDICAL, | § | |
| M.D. ESMAEIL PORSA, and | § | |
| DALLAS COUNTY JAIL | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Dallas County Jail's ("Defendant") Motion to Dismiss Under Rule 12(b)(2) and 12(b)(6) (doc. 9) is GRANTED and Plaintiff's claims against Defendant are dismissed with prejudice pursuant to FED. R. CIV. P. 12(b)(2).

**SO ORDERED** this 31st day of May, 2013.

_[signature: David C Godbey]_

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE